# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Paul Hill,                                                        Civil No. 11-914 (RHK/JJG)

      Plaintiff,

vs.                                                       **ORDER**

Accounts Receivable Service, LLC, d/b/a
Reliance Recoveries,

      Defendant.

---

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 15), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 21, 2012

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge